UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FERRANTINO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WORLD PRIVATE SECURITY, INC;<br>WALMART STORES, INC.,<br><br>　　　　Defendants. | No. 2:18-cv-2338 KJM DB PS<br><br>ORDER DIRECTING CLERK<br>TO SEND MATERIALS FOR SERVICE<br>AND REQUIRING SERVICE BY<br>UNITED STATES MARSHAL |

Plaintiff Anthony Ferrantino is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On October 26, 2018, the undersigned granted plaintiff's motion to proceed in forma pauperis and dismissed plaintiff's complaint with leave to amend. (ECF No. 3.) On November 19, 2018, plaintiff filed an amended complaint. (ECF No. 4.) Therein, plaintiff complains about age related discrimination and retaliation during plaintiff's employment with the defendants.

The court is required to screen complaints brought by parties proceeding in forma pauperis. See 28 U.S.C. § 1915(e)(2); see also Lopez v. Smith, 203 F.3d 1122, 1129 (9th Cir. 2000) (en banc). Review of plaintiff's amended complaint finds that it appears to state claims for violation of the Age Discrimination in Employment Act and Title VII of the Civil Rights Act of 1964 against the defendants.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to issue process and to send plaintiff an instruction sheet for service of process by the United States Marshal, two USM-285 forms, a summons form, and an endorsed copy of plaintiff's amended complaint filed November 19, 2018. (ECF No. 4.)

2. Within thirty (30) days after this order is served, plaintiff shall submit to the United States Marshal two properly completed USM-285 forms, two properly completed summons forms, and the number of copies of the endorsed amended complaint and of this order required by the United States Marshal; the required documents shall be submitted directly to the United States Marshal either by personal delivery or by mail to: United States Marshals Service, 501 I Street, Suite 5600, Sacramento, CA 95814 (tel. 916-930-2030).

3. Within ten (10) days after submitting the required materials to the United States Marshals Service, plaintiff shall file with this court a declaration stating the date on which plaintiff submitted the required documents to the United States Marshal. Failure to file the declaration in a timely manner may result in an order imposing appropriate sanctions.

4. Within thirty (30) days after receiving the necessary materials from plaintiff, the United States Marshal is directed to serve process on defendant World Private Security, Inc., and defendant Wal-Mart Stores, Inc., without prepayment of costs.

5. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal.

Dated: May 21, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/ferrantino2338.serve.ord