UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FERRANTINO, | No. 2:18-cv-2338 KJM DB PS |
| Plaintiff, | |
| v. | ORDER |
| WORLD PRIVATE SECURITY, INC; WALMART STORES, INC., | |
| Defendants. | |

Plaintiff Anthony Ferrantino is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On October 27, 2020, plaintiff and defendant Walmart, Inc., filed a stipulated dismissal of defendant Walmart from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a). Defendant Walmart is, therefore, dismissed from this action. However, also named in the complaint is defendant World Private Security, Inc. Plaintiff has not dismissed that defendant and the defendant has not appeared in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Walmart, Inc., is dismissed from this action with prejudice; and

////

////

1

2. Within twenty-eight days of the date of this order plaintiff shall either proceed with the prosecution of this action or file a notice of voluntary dismissal.

DATED: October 30, 2020

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE