UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FERRANTINO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WORLD PRIVATE SECURITY, INC; WALMART STORES, INC.,<br><br>　　　　Defendants. | No.  2:18-cv-2338 KJM DB PS<br><br><br>ORDER |

　　　　Plaintiff Anthony Ferrantino is proceeding in this action pro se.  This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  Plaintiff has filed a request to set a motion hearing date for hearing of a motion for default judgment.  (ECF No. 35.)  Plaintiff is advised to consult the Federal Rules of Civil Procedure and the Local Rules, specifically Local Rule 230 which concerns "CIVIL MOTION CALENDAR AND PROCEDURE."  In drafting a motion for default judgment, plaintiff should be sure to review Rule 55 of the Federal Rules of Civil Procedure and the relevant factors that must be considered upon motion for default judgment as identified in Eitel v. McCool, 782 F.2d 1470, 1471-72 (9th Cir. 1986).

////

////

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's November 23, 2020 request for
2   motion hearing date (ECF No. 35) is denied.
3   Dated:  January 15, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/ferrantino2338.hrg.ord

2