UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FERRANTINO, | No. 2:18-cv-2338 KJM DB PS |
| Plaintiff, | |
| v. | ORDER |
| WORLD PRIVATE SECURITY, INC; WALMART STORES, INC., | |
| Defendants. | |

Plaintiff Anthony Ferrantino is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On March 12, 2021, plaintiff filed a motion for default judgment. (ECF No. 38.) Plaintiff's motion is not noticed for hearing in violation of Local Rule 230. Moreover, while it is true that service of a motion for default judgement on a defaulting party is not required, out of an abundance of caution, it is the undersigned's practice to request that a plaintiff seeking default judgment serve all defendants with notice of a motion for default judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-eight days of the date of this order plaintiff shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, to obtain an available law and motion date;

1

2. Within thirty-five days of the date of this order plaintiff shall file a notice of motion for default judgment in compliance with Local Rule 230;

3. Within thirty-five days of the date of this order plaintiff shall serve defendant World Private Security with notice of the motion for default judgment and a copy of this order;

4. Plaintiff shall file proof of service on the defendant no later than fourteen days prior to any noticed hearing; and

5. Plaintiff is cautioned that the failure to timely comply with this order may result in a recommendation that this action be dismissed.

Dated: March 23, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/ferrantino2338.not.hrg.ord

2