UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FERRANTINO, | No. 2:18-cv-2338 KJM DB PS |
| Plaintiff, | |
| v. | ORDER |
| WORLD PRIVATE SECURITY, INC; WALMART STORES, INC., | |
| Defendants. | |

Plaintiff Anthony Ferrantino is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On November 2, 2020, defendant Walmart, Inc., was dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a). (ECF No. 32.) Defendant World Private Security, Inc., has not appeared in this action.

On March 12, 2021, and April 5, 2021, plaintiff filed motions for default judgment against defendant World Private Security, Inc. (ECF Nos. 38 & 40.) However, on April 22, 2021, plaintiff filed a request to "proceed no further in this complaint," because plaintiff "has entered hospice care[.]" (ECF No. 42 at 1.)

Pursuant to Rule 41 of the Federal Rules of Civil Procedure a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either

an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant World Private Security, Inc., has filed neither an answer nor a motion for summary judgment. Therefore, plaintiff has voluntarily dismissed this action without a court order. See generally Miniter v. Sun Myung Moon, 736 F.Supp.2d 41, 45 fn.7 (D. D.C. 2010) ("In the present case, none of the defendants the plaintiff purports to dismiss has filed an answer or motion for summary judgment. Therefore, the plaintiff properly dismissed his claims against these defendants pursuant to Rule 41(a)(1)(A)(i).").

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to plaintiff's April 22, 2021 request to not proceed (ECF No. 42) this action has been dismissed without prejudice;

2. The March 12, 2012 motion for default judgment (ECF No. 38) and April 5, 2021 motion for default judgment (ECF No. 40) are denied without prejudice as having been rendered moot; and

3. The Clerk of the Court shall close this case.

Dated: April 30, 2021

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/ferrantino2338.vol.dism.ord